**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-0139 FMO (ASx) | Date | July 9, 2018 |
|---|---|---|---|
| Title | John O. Iyere v. United States of America, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:** (In Chambers) Order to Show Cause

On May 2, 2018, pursuant to stipulation of the parties, the court granted plaintiff/counter defendant John O. Iyere ("Iyere") until May 31, 2018, to file an answer, plead, or otherwise respond to the Counterclaim filed by the United States. (See Dkt. 19, Court's Order of May 2, 2018). As of the date of this Order, Iyere has not responded to the Counterclaim. (See, generally, Dkt.).

Accordingly, IT IS ORDERED that no later than **July 16, 2018**, Iyere shall file an Answer to the Counterclaims. A stipulation of dismissal and/or notice of settlement as to the Counterclaim shall be deemed a satisfactory response to the order to show cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |